UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Frank E. Dow

                    v.                              Civil No. 07-cv-355-JL

NH Department of Corrections, Commissioner



O R D E R


After due consideration, I herewith approve the Report and Recommendation

of Magistrate Judge Muirhead dated 2/12/08.

SO ORDERED.


August 12,  2008          _____
                          Joseph N. Laplante
                          United States District Judge


cc:    Frank E. Dow, Pro se