**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Frank E. Dow

      v.                                   Civil No. 07-cv-355-JL

NH Department of
Corrections, Commissioner

### REPORT AND RECOMMENDATION

To date, the court has received no demonstration of exhaustion of state remedies in accordance with the orders of 9/18/08 and 12/01/08.  The petitioner has not met the compliance deadline of 01/02/09 and therefore I recommend that this case be dismissed without prejudice.

Any objections to this Report and Recommendation must be filed within ten (10) days of receipt of this notice.  Failure to file objections within the specified time waives the right to appeal the district court's order.  See Unauthorized Practice of Law Comm. v. Gordon, 979 F.2d 11, 13-14 (1st Cir. 1992); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).

_____
James R. Muirhead
United States Magistrate Judge

Date: January 14, 2009

cc:   Frank E. Dow, pro se