UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Dow</u>

        v.                         Civil No. 07-cv-355-JL

<u>NH Department of Corrections, Commissioner</u>

<u>O R D E R</u>

    I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 14, 2009, no objection having been filed.

    SO ORDERED.

February 11, 2009                      _____
                                                      Joseph N. Laplante
                                                      United States District Judge

cc:     Frank E. Dow, Pro se